**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**ADRINA GREEN, individually and as**
**Personal Representative of the Estate**
**of HENRY W. CANADY,**

       Plaintiff,

v.                                                   No: 3:04-cv-675-J-16MCR

**NASSAU COUNTY FLORIDA; RAY GEIGER,**
**in his official capacity as Sheriff of Nassau**
**County, Florida; JAKE CARD, individually;**
**DALLAS PALACEK, individually; KEITH**
**WHALEY, individually; and CLIFTON "DOC"**
**MCDONALD, individually,**

       Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause is before the Court upon the <u>Joint Notice of Voluntary Dismissal Without Prejudice</u> (Doc. #15) filed June 2, 2005. Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this __3rd__ day of June, 2005

*/s/ John H. Moore II*
JOHN H. MOORE II
United States District Judge

Copies to:
       Counsel of Record